IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:08cr56

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RANDALL CORNETTE. | ) | |

**THIS MATTER** is before the Court on remand from the United States Fourth Circuit Court of Appeals [Doc. 32; Doc. 33].

On September 15, 2010, the Fourth Circuit vacated the Defendant's sentence and remanded the matter for a new resentencing hearing. United States v. Cornette, 2010 WL 3681241. On October 7, 2010, the mandate from the Fourth Circuit was received in this Court. On that same date, the case was reassigned to the undersigned due to the retirement of the sentencing judge. It is therefore necessary to have the Defendant transported back into the District for resentencing. At that hearing, he should be represented by court-appointed counsel, having been so represented previously.

**IT IS, THEREFORE, ORDERED** that the United States Marshal shall transport the Defendant to the Western District of North Carolina, Asheville Division for resentencing. Pending resentencing, the Defendant shall remain in custody.

**IT IS FURTHER ORDERED** that the Defendant shall receive court-appointed counsel.

Signed: October 18, 2010

Martin Reidinger
United States District Judge